UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATALIA HOANG,

    Defendant.
_____/

Case No. 1:09:CR:205

HON. GORDON J. QUIST

**ORDER RE PLEA AND RELEASE PENDING SENTENCING**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge filed January 28, 2010, is approved and adopted as the Opinion and Findings of this Court.

2.    Defendant Natalia Hoang's plea of guilty to Count Five of the Indictment is accepted.  Defendant Natalia Hoang is adjudicated guilty and bond will be revoked at the time of reporting.

3.    Defendant Natalia Hoang shall report to the United States Marshal in Grand Rapids, Michigan, at **2:00 PM, Thursday, February 25, 2010**.  Defendant Natalia Hoang shall be detained pending sentencing.  **Provided, however**, if the government recommends that no sentence of imprisonment be imposed and further states that this defendant is not likely to flee or pose a danger to any other person or the community, then this defendant may remain on bond pending sentencing.  This disposes of Docket No. 72.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated:  February 11, 2010                                  /s/ Gordon J. Quist
                                                                               GORDON J. QUIST
                                                                     UNITED STATES DISTRICT JUDGE